**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SPEDAG AMERICAS, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 3:17-CV-0926-BT** |
| | § | |
| | § | |
| **BIOWORLD MERCHANDISING, INC.** | § | |
| | § | |
| **Defendant.** | § | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

1.     Counsel for Defendant Bioworld Merchandising, Inc. ("Bioworld") hereby seeks leave of Court to withdraw Justin V. Lee and the law firm of Jackson Walker LLP as counsel of record for Defendant in this matter and to have ECF notifications to Justin V. Lee and Jackson Walker terminated in connection with this matter.  Bioworld will continue to be represented by lead counsel Michael L. Knapek, now with Scheef & Stone, LLP.

2.     Mr. Knapek's new contact information is as follows:

> Michael L. Knapek
> Scheef & Stone, LLP
> 500 N. Akard Street
> Suite 2700
> Dallas, Texas 75201
> (214) 706-4200
> (214) 706-4242 – Fax
> mike.knapek@solidcounsel.com

3.     Plaintiff Spedag Americas, Inc. does not oppose this motion.

WHEREFORE, Bioworld respectfully requests that the Court enter an order allowing Justin V. Lee and the law firm of Jackson Walker LLP to withdraw as counsel of record for Bioworld in this matter.

Respectfully submitted,

*/s/ Justin V. Lee*
**Justin V. Lee**
State Bar No. 24097982
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6072
Facsimile: (214) 661-6828
jlee@jw.com

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that on May 2, 2019, I conferred with counsel for Plaintiff who indicated that she does not oppose the relief sought by this Motion.

*/s/ Justin V. Lee*
Justin V. Lee

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the May 2, 2019, the foregoing document was filed with the clerk of the court of the U.S. District Court, Northern District of Texas, via its Electronic Case Filing system, which provides electronic notification of this filing to all counsel appearing in this action.

*/s/ Justin V. Lee*
Justin V. Lee